

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

**DAVID CREWS**
CLERK

**301 West Commerce Street, Suite 308**
**Post Office Box 704**
**Aberdeen, MS  39730**
**Telephone:  (662) 369-4952**
**Facsimile:  (662) 369-9569**

911 Jackson Avenue, Suite 369
Post Office Box 727
Oxford, MS  38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS  38701

```
USA
 Upon the Relation of Jacquelyn A. Pierce,
 Jackie Lynn Reyes, and River Houston
 (A Minor, by and Through Her Mother)

vs                       Civil Action No.: 3:07-CV-79-SA-SAA

Bankplus, Belzoni, Mississippi,
A Mississippi Bank, Et Al
```

     TAKE NOTICE that the above styled and captioned cause has been assigned to Judge Sharion Aycock whose address is 301 West Commerce St.,Room 218, Aberdeen, MS  39730-0767, and  Magistrate Judge S. Allan Alexander whose address is 911 Jackson Avenue, Room 242, Oxford, MS 38655 in accordance with Uniform Local Rule 83.2.
     For further information as to filing procedures, please review our Local Rules and Administrative Procedures for Electronic Case Filing at www.-msnd.uscourts.gov or call the appropriate division of the Clerk's Office.

                         DAVID CREWS, CLERK

                         BY: s/Teresa A. Barr


Date: July 17, 2008

Pursuant to Uniform Local Rule 73.1, Form AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference-Exercise of Jurisdiction by a United States Magistrate Judge is available at www.msnd.uscourts.gov